IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03013-NYW-NRN

ANTONIO JONES, an individual,

Plaintiff

v.

UNITED AIRLINES, INC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that a hearing on the motion to restrict (ECF No. 74) and non-party Inner City Press's responses in opposition to restriction (ECF Nos. 73 & 76) is set for June 24, 2026 at 10:00 a.m. MT. The hearing shall be held via VTC. The VTC instructions are attached to this Minute Order.

The Clerk is respectfully directed to mail a copy of this Minute Order and the VTC instructions to Inner City Press at PO Box 130222, Chinatown Station, New York, NY 10013.

Date: June 9, 2026