IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 24-cv-03013-NYW-NRN

Date:  June 24, 2026

Courtroom Deputy: Román Villa

FTR:   Courtroom A401

| _Parties:_ | _Counsel:_ |
| --- | --- |
| ANTONIO JONES, | Genevieve Schumacher |
|    Plaintiff, | |
| v. | |
| UNITED AIRLINES, INC., | Stephanie McConkie |
| | Janet M. Himmel |
|    Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**10:07 a.m.    Court in session.**

Court calls case. Appearances of Counsel via video teleconference. Also present via video teleconference is Mr. Matthew R. Lee from Inner City Press.

This matter is before the Court on the Motion to Restrict (ECF No. 74) and non-party Inner City Press's responses in opposition to restriction (ECF Nos. 73 & 76).

Arguments by counsel and Mr. Lee.

For the reasons stated on the record, it is

**ORDERED**:    Inner City Press's objections to the restricting of ECF Nos. 50, 59, and 67 are **SUSTAINED.**

The Court has reconsidered its prior Minute Order (ECF No. 72) which granted Defendant's Unopposed Motion to Restrict Public Access (ECF No. 70). **ECF No. 70** and Plaintiff's Unopposed Motion to Restrict Public Access (Level 1) (**ECF No. 74**) are **DENIED**.

However, counsel are directed to review the restricted documents (ECF Nos. 50, 59, and 67) and file redacted unrestricted versions by close of business on July 17, 2026 in accordance with the directions of the Court.

**10:36 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:29

*To order transcripts of hearings, please contact either Patterson Transcription Company at 303-815-0487 or by email at scheduling@pattersontranscription.com, or AB Litigation Services at 303-629-8534.