**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03013-NYW-NRN

ANTONIO JONES,

   Plaintiff,

v.

UNITED AIRLINES, INC.,

   Defendant.

---

**NOTICE OF REFILING OF EXHIBITS TO PLAINTIFF'S REPONSE TO UNITED'S
MOTION FOR SUMMARY JUDGEMENT**

---

Pursuant to the direction of the Court at the June 24, 2026, Motion Hearing (ECF. No. 78), Plaintiff provides a notice of the refiling of Exhibits 8, 9, and 10 (ECF Nos. 59-1, 59-2, and 59-3) of the Plaintiff's Response to the United's Motion for Summary Judgement, which were originally filed as restricted on April 17, 2026.

The following redactions have been made:

1. Exhibit 9 (former ECF No. 59-2): comparator names have been redacted for non-party privacy.

2. No other redactions have been made.

Respectfully submitted this June 30, 2026.

TYRONE GLOVER LAW

s/ Genevieve Schumacher
Genevieve Schumacher, #59868
A. Tyrone Glover #41529
Helen Oh #54056
3401 Quebec Street, Suite 9000
Denver, Colorado 80207

tyrone@tyroneglover.com
helen@tyroneglover.com
genevieve@tyroneglover.com
Phone: 303-577-1655

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on June 30, 2026, a true and correct copy of the foregoing NOTICE OF REFILING OF EXHIBITS TO PLAINTIFF'S REPONSE TO UNITED'S MOTION FOR SUMMARY JUDGEMENT was electronically filed with the Clerk of the Court through the Court's CM/ECF system, which shall provide notice and copy hereof upon all parties.

TYRONE GLOVER LAW

s/ Genevieve Schumacher
Genevieve Schumacher, #59868

3